The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIDA BLOOMBERG,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>                    Defendants. | CASE NO. 2:25-cv-1420-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STAY IN LIGHT OF LAPSE OF APPROPRIATIONS |

The United States has filed a Motion to Stay in Light of Lapse of Appropriations, in which the government seeks to stay the proceedings in this case for the duration of the current lapse of appropriations. Such a stay is within the Court's discretion. Many attorneys and other staff important to working on this case will be unavailable during the court of the lapse of appropriations and the United States is unable to pay for critical services necessary to participate in discovery or investigate claims. For these reasons, the Court finds good cause to stay the above captioned proceeding.

Accordingly, it is hereby ORDERED that the above captioned proceeding is stayed for the duration of the current lapse of appropriations. It is ORDERED that this stay be lifted automatically

[~~PROPOSED~~] ORDER GRANTING MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS
CASE NO. 2:25-cv-1420-JLR - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

and immediately as soon as the lapse of appropriations has ended. It is further ORDERED that Defendants' Reply to be filed seven (7) days after the appropriations lapse ends. Should the parties agree further extension is needed, they must submit a proposed order extending deadlines for the Court's consideration. If the parties disagree, they should submit a joint status report in which each party sets forth their position. If the parties agree no extension of the case deadlines is needed, the case deadlines will remain the same and the parties will not need to take any additional action with respect to the stay.

DATED this 27th day of October, 2025.

James L. Robart
United States District Judge

Presented by:

*s/ Susan Kas*
SUSAN KAS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: Susan.Kas@usdoj.gov

[PROPOSED] ORDER GRANTING MOTION FOR A
STAY IN LIGHT OF LAPSE OF APPROPRIATIONS
CASE NO. 2:25-cv-1420-JLR - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970